IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                            *       Case No: 10-20930

DEBORAH JEAN SCHAEFER               *

    Debtor(s)                                    *       Chapter 7

*   *   *   *   *   *   *   *   *   *   *   *

**MOTION TO RECONSIDER
ORDER DISMISSINGCHAPTER 7 CASE**

    Now comes, Deborah Jean Schaefer, Debtor, by her attorney, Crystal D. Barnett, and hereby files this Motion to Reconsider Order Dismissing Chapter 7 Case and as reasons states as follows:

    1.    That the Debtor filed a Voluntary Petition under Chapter 7 with this Honorable Court on May 14, 2010.

    2.    Zvi Guttman, Trustee was appointed as the Chapter 7 trustee and the Meeting of Creditors is scheduled for June 15, 2010.

    3.    That on May 18, 2010 an Order Dismissing Case for Failure to pay the required filing fee.

    4.    On May 21, 2010, the Debtor's filing fee was electronically submitted to the Court.

    5.    The Debtor in no way intended to hinder, delay or defraud any creditor or this Honorable Court.

    6.    That the Debtors' request to vacate the Order is in the best interest of Debtor and all creditors.

7. That the Debtor desperately wishes to continue her Chapter 7 Bankruptcy and discharge her debts.

WHEREFORE, the Debtor respectfully requests that an Order be entered to reopen her case and any such other relief as this Court may deem necessary.

Dated: May 21, 2010　　　　　　　　　　Respectfully submitted,

/s/ Crystal D. Barnett
_____
Crystal D. Barnett
Law Office of Crystal D. Barnett
14 Crain Highway, SW
Glen Burnie, MD 21061
(410) 761-2121

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2010, a copy of the foregoing Motion to Reconsider Order Dismissing Chapter 7 Case was mailed electronically or via first class mail, postage prepaid to: Zvi Guttman, Chapter 7 Trustee, all creditors and Deborah J. Schaefer, Debtor.

/s/ Crystal D. Barnett
_____
Crystal D. Barnett